BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

APR 0 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>ALEXANDER MORFIN,<br><br>               Defendant. | CASE NO. 1:10-MJ-0054 SMS<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The FBI advised the government this morning that the above-named defendant was arrested last night on the warrant that issued in connection with this case when he entered into the United States at the San Ysidro Port of Entry. He is currently being held at the San Diego County Jail. The government now moves to dismiss this matter and recall the warrant that issued in this matter to allow the Stanislaus

/////
/////
/////
/////
/////
/////

County District Attorney's Office to proceed with its prosecution of the underlying murder and assault with a firearm charges pending in the Stanislaus County Superior Court.

Dated: April 8, 2016

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                          By: */s/ KAREN A. ESCOBAR*
                                      KAREN A. ESCOBAR
                                      Assistant United States Attorney

## ORDER

IT IS SO ORDERED this 8th day of April, 2016.

                                          SHEILA K. OBERTO
                                          U.S. MAGISTRATE JUDGE